■ ALBERT A. ANTINELLI et al., Respondents-Appellants, v WILLIAM J. TONER, Appellant-Respondent.—Judgment unanimously affirmed, with costs to plaintiffs. Memorandum: Following the remand of this case to Supreme Court, Ontario County (Antinelli v Toner, 74 AD2d 996), the Trial Judge made the following supplemental findings of fact: "That the starting of the payloader and backhoe engines as occurs in regular use causes noise sufficient to constitute a nuisance; that the revving of payloader and backhoe engines as occurs in regular use causes noise sufficient to constitute a nuisance; that the moving of the payloaders and backhoes, can and does include the starting and revving of the engines of that same machinery, in regular use, causes noise sufficient to constitute a nuisance." Such findings, supported by the record, require affirmance of the judgment. (Resubmission —appeals from judgment of Ontario Supreme Court—injunction.) Present— Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD C. STANIN, Appellant.—Motion for summary reversal and other relief granted to extent that matter is remitted to Monroe Supreme Court for disclosure of presentence report to appellant and prosecuting attorney except for part or parts excepted by sentencing court in its discretion pursuant to CPL 390.50 (subd 2). (See People v Rogers, 54 AD2d 616.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL LAFFERTY, Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Chautauqua County (CPL 230.20, subd 2). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See People v Di Piazza, 24 NY2d 342; People v Hatch, 46 AD2d 721; People v Sekou, 45 AD2d 982, app dsmd 35 NY2d 844.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Witmer, JJ.